452 A.2d 1084

Commonwealth v. Alicea, Appellant.

Submitted September 16, 1981. David A. Binder, for appellant; George Yatron, District Attorney, for Commonwealth, appellee.

600

Before CAVANAUGH, WATKINS and VAN der VOORT, JJ.

Order affirmed.

CAVANAUGH, J., concurred in the result.